UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESSICA LEIGH SQUIRES,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

Case No. 6:23-cv-233-KCD

# ORDER

Having obtained an award of benefits, Jessica Leigh Squires' attorneys, Richard Culbertson and Sarah Patience Jacobs, seek attorney's fees under 42 U.S.C. § 406(b). (Doc. 33.) Defendant neither supports nor opposes the motion. (*Id.* at 3.)

Section 406(b) provides that an attorney who obtains a benefits award on remand may petition for a reasonable fee—not to exceed twenty-five percent of the claimant's past-due benefits—for work performed before the court.

Here, the attorneys request $3,966, which is 25 percent of past-due benefits, less the previous EAJA award of $4,537.65 and a further reduction so that the award is consistent with the amount still being withheld by the Social Security Administration. (Doc. 33 at 2; Doc. 33-2 at 4; Doc. 32); *see Paltan v. Comm'r of Soc. Sec.*, 519 F. App'x 673, 674 (11th Cir. 2013) (noting that the attorney has the option of either refunding a prior EAJA award to the plaintiff

directly or reducing the § 406(b) award by the same amount). For the reasons stated in Squires' motion, the requested fee is both reasonable and appropriate under § 406(b).

Accordingly, the fee motion (Doc. 33) is **GRANTED**. The clerk will enter judgment for Squires for $3,966 in attorney's fees under 42 U.S.C. § 406(b).

**ORDERED** in Fort Myers, Florida on August 27, 2025.

Kyle C. Dudek
United States Magistrate Judge